1  Pierce Gore (SBN 128515)
2  1871 The Alameda, Suite 425
   San Jose, CA  95126
3  Telephone:  (408) 429-6506
   Fax:  (408) 369-0752
4  pgore@prattattorneys.com

5  *Attorneys for Plaintiffs*

6  LEWIS BRISBOIS BISGAARD & SMITH LLP
7  KATHERINE A. HIGGINS, SB# 220198
   Email: higgins@lbbslaw.com
8  NICOLE L. JONES, SB# 247152
   Email: ionesn@lbbslaw.com
9  333 Bush Street, Suite 1100
   San Francisco, California 94104-2872
10 Telephone: 415.362.2580
11 Facsimile• 415.434.0882

12 Attorneys for Defendant CLOVER-
   STORNETTA FARMS, INC.
13

14

15              IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

| 19 | DEBORAH ROSS and AMY GITSON, individually and on behalf of all others similarly situated, | Case No.  C 13-1517 EDL |
|---|---|---|
| 20 | | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS COMPLAINT** |
| 21 | Plaintiffs, | AS MODIFIED |
| 22 | v. | Judge:  Hon. Elizabeth D. Laporte |
| 23 | CLOVER-STORNETTA FARMS, INC. | Original Complaint Filed:  April 4, 2013 |
| 24 | Defendant. | |

25

26

27

28

Stipulation re Briefing Schedule on Motion to Dismiss                    -1-

*Class Action Complaint*

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 4, 2013, Plaintiffs filed their Complaint for Damages, Equitable and Injunctive Relief ("Complaint");

WHEREAS, on August 5, 2013, Defendant filed a Motion to Dismiss Plaintiffs' Complaint ("Motion");

WHEREAS, Plaintiffs' response to the Motion is due August 19, 2013, the reply is due August 26, 2013 and the hearing is scheduled on September 19, 2013;

WHEREAS, Plaintiffs need more time to prepare their response to the Motion;

NOW, therefore, the parties hereby STIPULATE that Plaintiffs' response to Defendant's Motion to Dismiss will be due September 4, 2013, Defendant's reply will be due September 19, 2013 and the hearing shall be scheduled on October 2, 2013.

The parties further STIPULATE that the deadline for the parties' initial disclosures shall be moved to 10 days after the Court's ruling on Defendant's Motion to Dismiss.

IT IS SO STIPULATED.

Dated: August 7, 2013

PRATT & ASSOCIATES

/s/ Pierce Gore
Ben F. Pierce Gore

Attorney for Plaintiffs
DEBORAH ROSS and AMY GITSON

Dated: August 7, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Katherine A. Higgins
Katherine A. Higgins

Attorneys for Defendant CLOVER-STORNETTA FARMS, INC.

Pierce Gore attests that Katherine A. Higgins has consented to the filing of this document.

/s/ Pierce Gore
Pierce Gore

Stipulation re Briefing Schedule on Motion to Dismiss                                  -2-

*Class Action Complaint*

**ORDER**

The hearing on Defendant's Motion to Dismiss is set for October 9, 2013, at 10:00 a.m.

**IT IS SO ORDERED**, this  12  day of August, 2013.

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge
Northern District of California