Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Amy Gitson and Deborah Ross, et al

Plaintiff(s),

v.

Clover-Stornetta Famrs, Inc.,

Defendant(s).

Case No: CV 13-01517

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gary McKay Yarborough, Jr., an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amy Gitson, et al in the above-entitled action. My local co-counsel in this case is Ben F. Pierce Gore (#128515), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 845-B Hwy 90<br>Bay St. Louis, MS 39520 | Pratt & Associates<br>1871 The Alameda, Suite 425 |
| MY TELEPHONE # OF RECORD:<br>(228) 467-5771 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD:<br>ylf.garyyarborough@att.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 102310.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/13

Gary McKay Yarborough, Jr.
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary McKay Yarborough, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/1/13

*Elijah D. Laporte*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012

# The Supreme Court of Mississippi



### Certificate of Good Standing

I, Kathy Gillis, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Gary McKay Yarborough, Jr.** was duly and legally admitted to practice law before the Supreme Court of Mississippi on October 11, 2006, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on June 6, 2013, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*Kathy Gillis*
CLERK