IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GITSON, et al., | No. C -13-01517 EDL |
| Plaintiffs, | **ORDER REGARDING STIPULATION TO CONTINUE PRETRIAL DATES** |
| v. | |
| CLOVER STORNETTA FARMS, et al., | |
| Defendants. | |

On December 3, 2013, the parties filed a stipulation to continue the briefing schedule for Plaintiffs' Motion for Class Certification and to continue discovery deadlines. The Court vacates all pretrial and trial dates in this case and will schedule a further case management conference following the Court's ruling on the pending Motion to Dismiss. At the further case management conference, the Court will set new pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: December 4, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge