1

2

3

4

5                           IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    AMY GITSON,                                    No. C -13-01517(EDL)

9              Plaintiff,                           **ORDER GRANTING MOTION FOR
                                                    LEAVE TO FILE A MOTION FOR**
10      v.                                          **RECONSIDERATION**

11   CLOVER STORNETTA FARMS,

12              Defendant.
     _____/

13

14          On March 26, 2014, Defendant Clover Stornetta Farms filed a motion under Civil Local Rule

15   7-9 for leave to seek reconsideration of the Court's January 14, 2014 order granting in part and

16   denying in part Defendant's motion to dismiss, which was based in part on primary jurisdiction

17   arguments (Docket No. 39).  Defendant's motion is based on a March 5, 2014 notice by the FDA

18   regarding the status of evaporated cane juice, the main ingredient at issue in this food labeling case.

19   Defendant maintains that this new FDA notice changes the primary jurisdiction analysis, and cites a

20   case from this district, Reese v. Odwalla, in which the court considered the new FDA notice, granted

21   in part the motion to dismiss on primary jurisdiction grounds, and stayed the case.  Docket No. 54-1

22   at 16 (March 25, 2014 Order of Judge Gonzalez Rogers, Case No. 13-947).

23          The Court HEREBY grants Defendant's motion for leave to file a motion for

24   reconsideration, solely as to the issue of the impact of the FDA's March 5, 2014 notice on its

25   primary jurisdiction arguments.  The Court will not revisit its other rulings.  Defendant shall file an

26   opening brief of no more than ten pages no later than April 22, 2014.  Plaintiffs shall file an

27   opposition brief of no more than ten pages no later than May 6, 2014.  Defendant's reply of no more

28   than five pages shall be filed no later than May 13, 2014.  The Court will hear the motion on June 3,

     2014, at 9:00 am.

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated: March 31, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28