UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY GITSON, et al.,

    Plaintiffs,

v.

CLOVER-STORNETTA FARMS, INC.,

    Defendant.

Case No. 13-cv-01517-EDL

**ORDER EXTENDING STAY**

The stay entered in this case on June 9, 2014 is extended to June 16, 2015 when the Court will hold a status conference at 10:00 a.m. The parties shall file a joint status conference statement no later than June 9, 2015. The December 8, 2014 status conference is vacated.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge