UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY GITSON, et al.,

    Plaintiffs,

v.

CLOVER-STORNETTA FARMS, INC.,

    Defendant.

Case No. 13-cv-01517-EDL

**ORDER EXTENDING STAY**

This is a putative class action alleging that Plaintiffs have been deceived by Defendant's use of the term organic "evaporated cane juice" ("ECJ") on yogurt labels. The case has been stayed since June 9, 2014 awaiting FDA action pursuant to the primary jurisdiction doctrine. The Court held a status conference on June 16, 2015, and hereby extends the stay for an additional 180 days. During the status conference, the parties informed the Court that a hearing will be held later today in another case in this district currently stayed pending FDA action on ECJ. The parties shall file a notice of decision in this action when that Court issues a ruling relating to the stay.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge