**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
  E-Mail: Christopher.Nevis@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
  E-Mail: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant CLOVER-STORNETTA FARMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON and DEBORAH ROSS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLOVER-STORNETTA FARMS, INC.,<br><br>    Defendant. | CASE NO. 3:13-cv-01517 EDL<br><br>**NOTICE OF DECISION**<br><br>Trial Date:    None Set |

Defendant CLOVER-STORNETTA FARMS, INC. hereby provides this Court notice of the decision issued on June 23, 2015 in the matter of *Reese v. Odwalla, Inc. and The Coca-Cola Co.*, No. 13-CV-947 YGR [Dkt No. 72], per the Court's June 16, 2015 Order requesting same. A copy of said decision is attached hereto as Exhibit A.

DATED: July 1, 2015                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Shahram Nassi*
        Shahram Nassi
        Attorneys for Defendant CLOVER-STORNETTA FARMS, INC.