UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GITSON, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>CLOVER-STORNETTA FARMS, INC.,<br><br>        Defendant. | Case No.   13-cv-01517-EDL<br><br>**ORDER EXTENDING STAY** |

This is a putative class action alleging that Plaintiffs have been deceived by Defendant's use of the term organic "evaporated cane juice" ("ECJ") on yogurt labels.  The case has been stayed since June 9, 2014 awaiting FDA action pursuant to the primary jurisdiction doctrine.  Having considered the arguments presented in the parties' January 4, 2016 Joint Status Report, the Court hereby extends the stay for an additional 180 days, until August 7, 2016.  A further status conference is set for August 2, 2016 at 10:00 a.m.  The parties shall file a joint status update by July 26, 2016 discussing any relevant FDA or judicial activity that has occurred in the interim that might impact whether the stay of this case should continue

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge